TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-09-00296-CR






Genaro Hernandez, Appellant


v.


The State of Texas, Appellee






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 403RD JUDICIAL DISTRICT

NO. D-1-DC-08300474, HONORABLE BRENDA KENNEDY, JUDGE PRESIDING




 O R D E R

PER CURIAM

 Appellant's counsel has filed his fourth motion for extension of time to file
appellant's brief. We grant the motion and ORDER counsel to file appellant's brief no later than
February 16, 2010. No further extensions will be granted. If appellant fails to file a brief by the
deadline, a hearing before the district court will be ordered. See Tex. R. App. P. 38.8(b).

 It is ordered February 12, 2010.



Before Chief Justice Jones, Justices Pemberton and Waldrop

Do Not Publish